# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 12-70760-JAD |
| **Clark E. Dale and** | : |
| **Beth A. Dale,** | : Chapter 13 |
| Debtors | : |
| | : Docket No. 70 |
| **Clark E. Dale,** | : |
| Movant | : Filed Under Local Bankruptcy |
| vs. | : Rule 9013.4 Para. 6(c) |
| | : |
| **Interfuse Manufacturing** | : |
| **Smitchko Tool & Die, Inc.** | : |
| **162 Old Side Road** | : |
| **Clarence, PA 16829** | : |
| Respondent | : |
| and | : |
| | : |
| **Ronda J. Winnecour, Esquire,** | : |
| **Chapter 13 Trustee,** | : |
| Additional Respondent | : |
| | : |
| Social Security No. xxx-xx-6126 | : |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Interfuse Manufacturing Smitchko Tool & Die, Inc., 162 Old Side Road, Clarence, PA 16829 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this  28th  day of       April       , 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ sjk
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

FILED
4/28/17 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 12-70760-JAD
Clark E Dale                                                        Chapter 13
Beth A Dale
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1           Date Rcvd: Apr 28, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db/jdb         Clark E Dale,    Beth A Dale,    473 Rolling Stone Road,    Kylertown, PA   16847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Beth A Dale thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clark E Dale thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5