# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
                                                      : CASE NO. 12-70760-JAD
  Clark E. Dale and                               :
  Beth A. Dale,                                   :
      Debtors                 : CHAPTER 13
                                                      :
                                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of May, 2017, a true and correct copy of the Order dated April 28, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    INTERFUSE MANUFACTURING
    SMITCHKO TOOL & DIE, INC.
    162 OLD SIDE ROAD
    CLARENCE, PA 16829

    CLARK E. DALE
    BETH A. DALE
    473 ROLLING STONE ROAD
    KYLERTOWN, PA 16847

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: May 1, 2017

    Respectfully submitted,
    /s/Kenneth P. Seitz, Esquire
    Kenneth P. Seitz, Esquire
    PA I.D. # 81666
    The Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470
    Attorney for Debtors