Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Clark E Dale
Beth A Dale**
   Debtor(s)

Bankruptcy Case No.: 12−70760−JAD
Doc. #74
Chapter: 13
Docket No.: 75 − 74

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 27th day of September, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/7/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/17/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/7/17.**

                                                                  Jeffery A. Deller
                                                                  United States Bankruptcy Judge

   cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                Case No. 12-70760-JAD
Clark E Dale                                                          Chapter 13
Beth A Dale
           Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-7            User: skoz                 Page 1 of 2           Date Rcvd: Sep 27, 2017
                                Form ID: 408               Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb         Clark E Dale,   Beth A Dale,   473 Rolling Stone Road,   Kylertown, PA 16847
13460900      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, Texas   76096)
13450770       +GM Financial,   P.O. Box 183834,   Arlington, TX 76096-3834
13450771       +HSBC Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
13853069        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:53     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:53     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13544533       +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:53     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13450769       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:13     GECRB/JCP,   P.O. Box 960090,
                 Orlando, FL 32896-0090
13450772       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:43     Lowe's/GECRB,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
13450774        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M & T Bank,   P.O. Box 64679,
                 Baltimore, MD 21264
13450773        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M & T Bank,   P.O. Box 900,
                 Millsboro, DE 19966
13458968        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,   1100 Wehrle Drive,
                 Williamsville, New York 14221
13450775        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,
                 Consumer Lending Department,   P.O. Box 4091,   Buffalo, NY 14240
13647292        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13629873        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:22:12
                 Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13542249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:35:34
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, TX  76096)
13464265*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   Americredit Financial Services, Inc.,   PO Box 183853,
                Arlington TX 76096)
                                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: skoz              Page 2 of 2            Date Rcvd: Sep 27, 2017
                              Form ID: 408            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:

```
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Beth A Dale thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clark E Dale thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```