**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CLARK E DALE<br>BETH A DALE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:12-70760 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/21/2012 and confirmed on 11/1/12 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,128.16 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,128.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,410.00 | |
|    Trustee Fee | 2,194.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,604.07 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 16,441.33 | 0.00 | 16,441.33 |
|     Acct: 3144 | | | | |
|   M & T BANK | 1,078.12 | 1,078.12 | 0.00 | 1,078.12 |
|     Acct: 3144 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 11,008.66 | 11,008.66 | 4,524.92 | 15,533.58 |
|     Acct: 8652 | | | | |
| | | | | 33,053.03 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,410.00 | 3,410.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLARK E DALE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   FORTIVA | 399.00 | 399.00 | 35.89 | 434.89 |
|     Acct: | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,108.78 | 2,108.78 | 0.00 | 2,108.78 |
|     Acct: 5853 | | | | |
|   ECAST SETTLEMENT CORP** | 2,155.38 | 2,155.38 | 0.00 | 2,155.38 |
|     Acct: 3828 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 5,038.04 | 5,038.04 | 0.00 | 5,038.04 |
|     Acct: 6102 | | | | |
|   M & T BANK | 2,780.27 | 2,780.27 | 0.00 | 2,780.27 |
|     Acct: 6045 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   M & T BANK | 4,491.81 | 4,491.81 | 0.00 | 4,491.81 |
|     Acct: 6339 | | | | |
|   M & T BANK | 3,461.89 | 3,461.89 | 0.00 | 3,461.89 |
|     Acct: 3356 | | | | |
|   BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |

12-70760 JAD                                                                                          Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3828 | | | | |
| | | | | 20,471.06 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 53,524.09 |

TOTAL
  CLAIMED         0.00
  PRIORITY    12,086.78
  SECURED     20,435.17


Date: 09/26/2017                                /s/ Ronda J. Winnecour

                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com

Case 12-70760-JAD   Doc 77   Filed 09/29/17   Entered 09/30/17 00:57:32   Desc Imaged
Certificate of Notice   Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CLARK E DALE<br>   BETH A DALE<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:12-70760 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  _____
                                                  U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 12-70760-JAD
Clark E Dale                                                     Chapter 13
Beth A Dale
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-7         User: skoz             Page 1 of 2           Date Rcvd: Sep 27, 2017
                             Form ID: pdf900        Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb         Clark E Dale,    Beth A Dale,    473 Rolling Stone Road,    Kylertown, PA  16847
13460900      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, Texas  76096)
13450770       +GM Financial,    P.O. Box 183834,    Arlington, TX 76096-3834
13450771       +HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13853069        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:52     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:53     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13544533       +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:16:53     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13450769       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:13     GECRB/JCP,    P.O. Box 960090,
                 Orlando, FL 32896-0090
13450772       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:43     Lowe’s/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13450774        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M & T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
13450773        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M & T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
13458968        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, New York 14221
13450775        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,
                 Consumer Lending Department,    P.O. Box 4091,    Buffalo, NY 14240
13647292        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13629873        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:35:35
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13542249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:22:00
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
13464265*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7           User: skoz                 Page 2 of 2                  Date Rcvd: Sep 27, 2017
                               Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Beth A Dale thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Clark E Dale thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```