**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CLARK E DALE
    BETH A DALE
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:12-70760 JAD

Chapter 13

Document No.:   74

ORDER OF COURT

AND NOW, this ___8th___ day of ___November___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   sjk
Jeffery A. Deller

FILED
11/8/17 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 12-70760-JAD
Clark E Dale                                                    Chapter 13
Beth A Dale
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz              Page 1 of 2            Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db/jdb          Clark E Dale,    Beth A Dale,   473 Rolling Stone Road,    Kylertown, PA  16847
13460900       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, Texas  76096)
13450770        +GM Financial,    P.O. Box 183834,    Arlington, TX 76096-3834
13450771        +HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13853069         eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Nov 09 2017 01:08:19     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Nov 09 2017 01:08:20     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13544533       +E-mail/Text: bnc@bass-associates.com Nov 09 2017 01:08:20     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13450769       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:13:10     GECRB/JCP,    P.O. Box 960090,
                 Orlando, FL 32896-0090
13450772       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:12:48     Lowe's/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13450774        E-mail/Text: camanagement@mtb.com Nov 09 2017 01:08:33     M & T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
13450773        E-mail/Text: camanagement@mtb.com Nov 09 2017 01:08:33     M & T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
13458968        E-mail/Text: camanagement@mtb.com Nov 09 2017 01:08:33     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, New York 14221
13450775        E-mail/Text: camanagement@mtb.com Nov 09 2017 01:08:33     M&T Bank,
                 Consumer Lending Department,   P.O. Box 4091,    Buffalo, NY 14240
13647292        E-mail/Text: camanagement@mtb.com Nov 09 2017 01:08:33     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13629873        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:18:58
                 Portfolio Recovery Associates LLC,   P.O. Box 41067,    Norfolk, VA  23541
13542249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:19:21
                 Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
13464265*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
                                                                                      TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: amaz              Page 2 of 2              Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Joint Debtor Beth A Dale thedebterasers@aol.com
        Kenneth P. Seitz    on behalf of Debtor Clark E Dale thedebterasers@aol.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 5